# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WISCONSIN

SUSAN GRAVES,

       Plaintiff,         Case No. 05-C-638

      v.

SHOPKO STORES, INC.,

       Defendant.

## OPINION AND ORDER

The parties to this case have stipulated to the voluntary dismissal of all claims raised, the court ORDERS that this action is dismissed with prejudice and with each party to bear its own costs. See Federal Rule of Civil Procedure 41(a).

IT IS FURTHER ORDERED that the Clerk of Court shall enter a final judgment as a separate document. See Federal Rule of Civil Procedure 58. This judgment shall provide that:

> Plaintiff Susan Graves and Defendant Shopko Stores, Inc. having stipulated to the voluntary dismissal of all claims raised and the court, the Honorable Thomas J. Curran, District Judge, presiding, having approved their stipulation,
>
> IT IS ORDERED AND ADJUDGED
>
> that this action is dismissed with prejudice but without costs to either of the parties.

Done and Ordered in Chambers at the United States Courthouse, Milwaukee, Wisconsin, this 31st day of January, 2006.

<pre>
                              s/ Thomas J. Curran
                              Thomas J. Curran
                              United States District Judge
</pre>